UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ERIK MATTSON,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED MORTGAGE CORPORATION,<br><br>      Defendant. | Case No. 3:18-cv-00996-AB<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that all of Plaintiff's claims against Defendant shall be dismissed with prejudice and without attorneys' fees or costs to either party.

| | |
|---|---|
| DATED: February 6, 2025 | ELLZEY KHERKHER SANFORD MONTGOMERY LLP |
| | */s/ Jarrett L. Ellzey* |
| | Jarrett L. Ellzey (Admitted *Pro Hac Vice*)<br>jarrett@ellzeylaw.com<br>Leigh S. Montgomery (Admitted *Pro Hac Vice*)<br>leigh@ellzeylaw.com<br>Telephone: (888) 350-3931<br>Attorneys for Plaintiff |
| DATED: February 6, 2025 | SABIDO LAW, LLC |
| | */s/ Robert E. Sabido* |
| | Robert E. Sabido, OSB No. 964168<br>robert@sabidolawllc.com<br>Telephone: (971) 302-6236<br>Fax (503) 974-1673<br>Attorney for Defendant United Mortgage Corporation |

Based upon the Parties' stipulation above, it is hereby:

ADJUDGED that all of Plaintiff's claims against Defendant are dismissed with prejudice and without attorneys' fees or costs to either party.

DATED: _____

_____
Amy M. Baggio
United States District Judge

Page 2 -   **STIPULATED JUDGMENT OF DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **STIPULATED JUDGMENT OF DISMISSAL** on the date indicated below by:

☐    mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐    hand delivery,

☐    email,

☐    facsimile transmission,

☐    overnight delivery,

☒    electronic filing notification.

which will send notice of such filing to counsel of record as follows:

| | |
|---|---|
| Gregory K. Zuethen<br>gkz@zlawoffice.com<br>Attorney at Law, PC<br>210 SW Morrison Street, Suite 400<br>Portland, OR 97204 | John P. Kristensen<br>john@kristensenlaw.com<br>Frank M. Mihalic, Jr.<br>fmihalic@cz.law<br>Carpenter & Zuckerman<br>8827 W. Olympic Boulevard<br>Beverly Hills, CA 90211 |
| Jarrett L. Ellzey<br>jarrett@ellzeylaw.com<br>Leigh S. Montgomery<br>leigh@ellzeylaw.com<br>Ellzey Kherkher Sanford Montgomery LLP<br>1105 Milford<br>Houston, TX 77006 | S. Amanda Marshall<br>amanda@maclaw.law<br>S. Amanda Marshall LLC<br>1318 NW Northrup Street<br>Portland, OR 97209 |

DATED:  February 6, 2025

                                                 */s/ Robert E. Sabido*
                                                 Robert E. Sabido