UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ERIK MATTSON,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED MORTGAGE CORPORATION,<br><br>        Defendant. | Case No. 3:18-cv-00996-AB<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that all of Plaintiff's claims against Defendant shall be dismissed with prejudice and without attorneys' fees or costs to either party.

DATED: February 6, 2025        ELLZEY KHERKHER SANFORD MONTGOMERY LLP

        */s/ Jarrett L. Ellzey*
        Jarrett L. Ellzey (Admitted *Pro Hac Vice*)
        jarrett@ellzeylaw.com
        Leigh S. Montgomery (Admitted *Pro Hac Vice*)
        leigh@ellzeylaw.com
        Telephone: (888) 350-3931
        Attorneys for Plaintiff

DATED: February 6, 2025        SABIDO LAW, LLC

        */s/ Robert E. Sabido*
        Robert E. Sabido, OSB No. 964168
        robert@sabidolawllc.com
        Telephone: (971) 302-6236
        Fax (503) 974-1673
        Attorney for Defendant United
        Mortgage Corporation

Based upon the Parties' stipulation above, it is hereby:

ADJUDGED that all of Plaintiff's claims against Defendant are dismissed with prejudice and without attorneys' fees or costs to either party.

DATED: 02/07/2025

*Amy M. Baggio*
Amy M. Baggio
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **STIPULATED JUDGMENT OF DISMISSAL** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ email,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

which will send notice of such filing to counsel of record as follows:

| | |
|---|---|
| Gregory K. Zuethen<br>gkz@zlawoffice.com<br>Attorney at Law, PC<br>210 SW Morrison Street, Suite 400<br>Portland, OR 97204 | John P. Kristensen<br>john@kristensenlaw.com<br>Frank M. Mihalic, Jr.<br>fmihalic@cz.law<br>Carpenter & Zuckerman<br>8827 W. Olympic Boulevard<br>Beverly Hills, CA 90211 |
| Jarrett L. Ellzey<br>jarrett@ellzeylaw.com<br>Leigh S. Montgomery<br>leigh@ellzeylaw.com<br>Ellzey Kherkher Sanford Montgomery LLP<br>1105 Milford<br>Houston, TX 77006 | S. Amanda Marshall<br>amanda@maclaw.law<br>S. Amanda Marshall LLC<br>1318 NW Northrup Street<br>Portland, OR 97209 |

DATED: February 6, 2025

/s/ Robert E. Sabido
_____
Robert E. Sabido